**Order entered February 5, 2014**

**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00927-CV

---

### JASON MICHAEL SPENCER, Appellant

### V.

### DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellee

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15530**

---

## ORDER

The reporter's record in this appeal was due to be filed September 7, 2013. Although an extension was requested and granted until January 7, 2014, the record was not filed by that date. By order entered January 14, 2014, we directed that arrangements be made for a substitute reporter if necessary so that Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, could file the record no later than January 24, 2014. Two weeks have passed since the deadline, and the record still has not been filed. Because this appeal cannot proceed without the reporter's record, we **ORDER** Ms. Dobbins to file the record no later than February 12, 2014. We further **ORDER** Ms. Dobbins not sit as a court reporter until she has filed the record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to (1) Ms. Dobbins; (2) the Honorable Dale Tillery, Presiding Judge, 134th Judicial District Court; and (3) the parties.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE